**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 22 EAL 2019

            Respondent          :
                                    :   Petition for Allowance of Appeal from
                                    :   the Order of the Superior Court
               v.                      :
                                    :
                                    :
DWAYNE HILL,                           :
                                    :
               Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 2nd day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.